UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

UNITED STATES OF AMERICA          )
                                  )
          v.                      )          CR. NO.   3:05-cr-144-A
                                  )
CURTIS LAMAR ROSS                 )

O R D E R

Upon consideration of the foregoing motion, and for good cause shown, the Court is of the

opinion that said motion should be and the same is hereby granted.  It is, therefore, ORDERED that

the Clerk of this Court be and he is hereby DIRECTED to issue a WRIT of HABEAS CORPUS AD

PROSEQUENDUM addressed to the Lee County Jail, Opelika, Alabama, commanding them to

deliver the said prisoner, CURTIS LAMAR ROSS, to any United States Marshal or Deputy United

States Marshal and directing said Marshal or Deputy to bring said prisoner, before this Court at

Montgomery, Alabama, for arraignment at 10am on August 17, 2005, and to return said prisoner,

to said official when the Court has finished with him.

Done this 2nd day of August, 2005.

_____/s/Charles S. Coody_____
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE