| COURTROOM DEPUTY'S MINUTES | DATE: 8/17/05 |
|---|---|
| MIDDLE DISTRICT OF ALABAMA | DIGITAL RECORDING: 10:25 - 10:30 |
| | COURT REPORTER: |

☒ ARRAIGNMENT    ☐ CHANGE OF PLEA    ☐ CONSENT PLEA
☐ RULE 44(c) HEARING    ☐ SENTENCING

**PRESIDING MAG. JUDGE:** Vanzetta Penn McPherson  **DEPUTY CLERK:** Wanda A. Robinson
**CASE NUMBER:** 3:05cr144-A    **DEFENDANT NAME:** Curtis Lamar Ross
**AUSA:** Todd Brown    **DEFENDANT ATTORNEY:** Kevin Butler
**PTSO:**    Type counsel ( )Waived; ( )Retained; ( )CJA; ( x )FPD
    ( x ) appointed at arraignment; ( ) standing in for: _____
**USPO:**

Defendant ( )does; (✓)does NOT need an interpreter
Interpreter present? (✓)NO; ( )YES    Name:
DISCOVERY DISCLOSURE DATE: August 18, 2005

---

☒ This is defendant's **FIRST APPEARANCE.**
☒ **FINACIAL AFFIDAVIT EXECUTED.** *ORAL MOTION FOR APPT OF COUNSEL*
☒ *ORAL ORDER APPOINTING FEDERAL PUBLIC DEFENDER. NTC OF APPR TO BE FILED*
☐ **WAIVER OF INDICTMENT** executed and filed.
☐ **INFORMATION** filed.
☐ Juvenile Information filed w/Certificate that State Court refused jurisdiction.
**PLEA:**    ☒ **Not Guilty**    ☐ **Nol Contendere**
    ☐ **Not Guilty by reason of insanity**
    ☐ Guilty as to:
        ☐ Count(s):
        ☐ Count(s):    ☐ dismissed on oral motion of USA
            ☐ to be dismissed at sentencing
☐ Written plea agreement filed    ☐ **ORDERED SEALED**
☐ _____ Days to file pretrial motions
☒ 12/5/2005    Trial date or term
☐ **ORDER:** Defendant continued under ☐ same bond; ☐ summons; for:
    ☐ Trial on _____; ☐ Sentencing on _____
☒ **ORDER:** Defendant remanded to custody of U. S. Marshal for:
    ☐ Posting a $_____ bond;
    ☒ Trial on   12/5/2005   ; or ☐ Sentencing on _____
☐ Rule 44 Hearing:  ☐ Waiver of Conflict of Interest Form executed
    ☐ Defendant requests time to secure new counsel
☒ **WAIVER** of Speedy Trial. **CRIMINAL TERM:** 12/5/2005

**SCANNED**