IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| VS.   ) | CR. NO.: 3:05cr144-A |
| ) | |
| CURTIS LAMAR ROSS   ) | |

## WAIVER OF SPEEDY TRIAL ACT

I, CURTIS LAMAR ROSS, the defendant in the above-styled cause, do hereby waive my rights to a speedy trial pursuant to 18 U.S.C., § 3161 et. seq. I certify to the Court that I knowingly, voluntarily, and intelligently waive these rights after full and complete explanation of each and every one of them to me by my attorney and,

WITH FULL KNOWLEDGE OF EACH OF THESE RIGHTS, I HEREBY EXPRESSLY WAIVE SUCH RIGHTS.

_8/17/05_____          _Curtis Ross_____
DATE                               DEFENDANT

_8/17/05_____          _____
DATE                               ATTORNEY FOR DEFENDANT