IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| V. | ) | CASE NO.: 3:05cr144-A |
| | ) | |
| **CURTIS LAMAR ROSS** | ) | |

### NOTICE OF APPEARANCE

**COMES NOW** the undersigned counsel, Kevin L. Butler, and enters his appearance on behalf of Defendant, Curtis Lamar Ross, in the above-styled case.

Dated this 22nd day of August 2005.

                                                    Respectfully submitted,

                                                    s/ Kevin L. Butler
                                                    KEVIN L. BUTLER
                                                    First Assistant Federal Defender
                                                    201 Monroe Street, Suite 407
                                                    Montgomery, Alabama 36104
                                                    Phone: (334) 834-2099
                                                    Fax: (334) 834-0353
                                                    E-mail: kevin_butler@fd.org
                                                    AZ Bar Code: 014138

**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **V.** | ) | **CASE NO.: 3:05cr144-A** |
| | ) | |
| **CURTIS LAMAR ROSS** | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on August 22, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Todd Brown, Esquire, Assistant United States Attorney, One Court Square, Suite 201, Montgomery, Alabama 36104.

s/ Kevin L. Butler
KEVIN L. BUTLER
First Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: kevin_butler@fd.org
AZ Bar Code: 014138