IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CASE NO.: 3:05cr144-A |
| | ) | |
| CURTIS LAMAR ROSS | ) | |

**MOTION FOR EXTENSION OF TIME TO FILE PRETRIAL MOTIONS UNTIL A PSYCHIATRIC EVALUATION IS COMPLETED**

COMES NOW the Defendant, Curtis L. Ross, by and through undersigned counsel, Kevin L. Butler, and requests an extension of time to file pretrial motions. In support of this motion undersigned counsel states:

1. Mr. Ross is illiterate. He has an Eighth Grade education and was in special education courses while in elementary school. Mr. Ross has also been diagnosed a paranoid schizophrenic.

2. During meetings with counsel Mr. Ross has demonstrated a **very** limited ability to understand the nature of the proceedings and a **very** limited ability to assist counsel in preparation of his defense.

3. Mr. Ross has been charged with being a felon in possession of a firearm.

4. At the time of his arrest, Mr. Ross made an incriminating statement which may be used by the government at trial.

5. Undersigned counsel is attempting to have a mental retardation evaluation and psychological evaluation completed of Mr. Ross.

6. Based upon the information and conclusions of these evaluations, Mr. Ross may move to suppress the statement he provided.

7.	As the evaluations will not be completed on or before October 13, 2005, it is in the interest of justice to extent time to file pretrial motions.

WHEREFORE, the Defendant prays that he be allowed an additional month to file any pretrial motions in this matter[1].

Dated this 13th day of October 2005.

>	Respectfully submitted,
>
>	s/ Kevin L. Butler
>	KEVIN L. BUTLER
>	First Assistant Federal Defender
>	201 Monroe Street, Suite 407
>	Montgomery, Alabama 36104
>	Phone: (334) 834-2099
>	Fax: (334) 834-0353
>	E-mail: kevin_butler@fd.org
>	AZ Bar Code: 014138

---

[1] If a motion to continue is necessary to allow the court and government counsel sufficient time to consider all matters, undersigned counsel will submit the motion.

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CASE NO.: 3:05cr144-A |
| | ) | |
| CURTIS LAMAR ROSS | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on th 13th day of October, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: A. Clark Morris, Esquire, Assistant United States Attorney, One Court Square, Suite 201, Montgomery, Alabama 36104.

> s/ Kevin L. Butler
> KEVIN L. BUTLER
> First Assistant Federal Defender
> 201 Monroe Street, Suite 407
> Montgomery, Alabama 36104
> Phone: (334) 834-2099
> Fax: (334) 834-0353
> E-mail: kevin_butler@fd.org
> AZ Bar Code: 014138