**COURTROOM DEPUTY MINUTES**                 DATE :    OCTOBER 17, 2005

**MIDDLE DISTRICT OF ALABAMA**           DIGITAL RECORDED:   1:11 p.m. to 1:16 p.m.

---

## PRETRIAL CONFERENCE

**PRESIDING MAG. JUDGE: <u>CHARLES S. COODY</u>**      **DEPUTY CLERK: <u>WANDA STINSON</u>**

**CASE NUMBER:   <u>3:05CR144-A-CSC</u>**              **DEFENDANT NAME: <u>CURTIS L. ROSS</u>**

## APPEARANCES

|               GOVERNMENT               |               DEFENDANT               |
|----------------------------------------|---------------------------------------|
| ATTY. A. CLARK MORRIS                  |              ATTY. KEVIN BUTLER       |

---

√      **DISCOVERY STATUS: COMPLETED.**

_____

_____

√      **PENDING MOTION STATUS: M/EXTENSION OF TIME TO FILE PRETRIAL MOTIONS;**

_____

❐      **PLEA STATUS:**

_____

_____

❏      **TRIAL STATUS:   WILL TAKE 1 DAY TO TRY CASE**

_____

_____

√      **REMARKS:** COURT WILL EXT TIME TO FILE PRETRIAL MOTION TO TWO DAY BEFORE NEXT

SCHEDULED PRETRIAL CONFERENCE.  COURT TO ENTER ORDER FOR ANOTHER PRETRIAL

CONFERENCE.

_____

_____