IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Case No. 3:05CR144-A |
| | ) | |
| CURTIS LAMAR ROSS | ) | |

PRETRIAL CONFERENCE ORDER

A pretrial conference was held on October 17, 2005 before the undersigned Magistrate Judge. Present at this conference was the Honorable Kevin Butler, counsel for the defendant, and Assistant United States Attorney A. Clark Morris, counsel for the government. As a result of the conference, it is

**ORDERED** as follows:

1. Jury selection is set for **December 5, 2005**. The trial of this case is set for the trial term commencing on **December 5, 2005** before Senior United States District Judge W. Harold Albritton and is expected to last one trial day.

2. The following motion is currently pending: *Defendant's Motion for Extension of Time to File Pretrial Motions until a Psychiatric Evaluation is Completed*.

3. Proposed voir dire questions shall be filed on or before **November 28, 2005.** Counsel should not include questions seeking information which is provided in the jury questionnaire.

4. All Motions in Limine shall be filed on or before **November 28, 2005**. Motions in Limine must be accompanied by a brief. Failure to file a brief will result in denial of

the motion.

    5. Proposed jury instructions shall be filed on or before **November 28, 2005.**

    6. The last day on which the court will entertain a plea pursuant to Rule 11(c)(1)(A) or (C) plea is **November 28, 2005.** The government and defendant are informed that if a defendant waits until the last minute to enter a plea, and if that plea, for whatever reason, is not accepted by the court, the defendant and the government will be expected to be prepared to go to trial on **December 5, 2005.** The court will not continue the trial of this case as to any defendant because a defendant's plea was not accepted. In other words, the defendant and the government should not wait until the last minute for a defendant to enter a guilty plea, and both the defendant and the government should all be ready to go to trial on **December 5, 2005**, as to all defendants, even though a particular guilty plea was not accepted by the court.

    Done this 18th day of October, 2005.

                                    /s/Charles S. Coody
                                    CHARLES S. COODY
                                    CHIEF UNITED STATES MAGISTRATE JUDGE