### IN THE UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF ALABAMA
### EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v | ) | **CR. NO. 3:05CR144-A** |
| | ) | |
| **CURTIS LAMAR ROSS** | ) | |

### ORDER

Upon consideration of the *Motion for Extension of Time to File Pretrial Motions Until a Psychiatric Evaluation is Completed* (doc. #14) filed by the defendant, it is

**ORDERED** that the motion be and is hereby **GRANTED**. That the deadline for filing pretrial, dispositive motions is extended to **November 10, 2005.** It is further

**ORDERED** that a Final Pretrial Conference be and is hereby for **November 14, 2005 at 1:00 p.m.** in courtroom 4B, United States Courthouse Complex, One Church Street, Montgomery, Alabama.

Done this 26th day of October, 2005.

        /s/Charles S. Coody
        CHARLES S. COODY
        CHIEF UNITED STATES MAGISTRATE JUDGE