| | |
|---|---|
| COURTROOM DEPUTY MINUTES | DATE: NOVEMBER 14, 2005 |
| MIDDLE DISTRICT OF ALABAMA | DIGITAL RECORDED: 1:00P.M. TO 1:03P.M. |

## PRETRIAL CONFERENCE

**PRESIDING MAG. JUDGE:** CHARLES S. COODY          **DEPUTY CLERK:** WANDA STINSON

**CASE NUMBER:** 3:05CR144-A-CSC          **DEFENDANT NAME:** CURTIS L. ROSS

### APPEARANCES

| GOVERNMENT | DEFENDANT |
|---|---|
| ATTY. TOMMIE HARDWICK | ATTY. KEVIN BUTLER |

√   **DISCOVERY STATUS:** COMPLETE.

√   **PENDING MOTION STATUS:** NONE.

☐   **PLEA STATUS:**

√   **TRIAL STATUS:**   Deft will file motion to continue case to next trial term.

√   **REMARKS:** Defense counsel informed the court of process of getting deft evaluated. Atty. advised to get motion filed ASAP.