IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CASE NO.: 3:05cr144-A |
| | ) | |
| CURTIS LAMAR ROSS | ) | |

**UNOPPOSED MOTION TO CONTINUE TRIAL**

COMES NOW the Defendant, Curtis Lamar Ross, by and through undersigned counsel, Kevin L. Butler, and pursuant to 18 U.S.C. §§3161 (h)(1)(A), (h)(8)(B)(I), and (h)(8)(B)(iv), and respectfully moves this Court to continue the trial of this matter currently set for December 5, 2005. In support of this Motion, Defendant would show the following:

1. Mr. Ross has informed undersigned counsel that he has been previously diagnosed as a paranoid schizophrenic.

2. Based on apparent mental health and possible mental retardation issues, undersigned counsel has had difficulty communicating the nature of the proceedings with Mr. Ross; additionally, Mr. Ross has demonstrated a very limited ability to assist counsel.

3. In order to address these competency concerns, undersigned counsel has had Mr. Ross evaluated by Dr. Catherine Boyer.

4. Dr. Boyer's psychological evaluation has yet to be provided to counsel.

5. As it is unclear that Mr. Ross is competent to proceed to trial on December 5, 2005, it is in the interest of justice to continue trial until such time a the psychological evaluation is completed and a competency determination is made.

6. A waiver of speedy trial is attached and made a part of this motion.

7. The United States, through Assistant United States Attorney Clark Morris, has no

opposition to this requested continuance.

8.  Moreover, while requests for a continuance are addressed to the sound discretion of the trial court, *United States v. Darby*, 744 F.2d 1508, 1521 (11th Cir. 1984), *reh'g denied* 749 F.2d 733, cert. denied, 471 U.S. 1100 (1985), undersigned counsel feels that, in this case, the ends of justice will be served by allowing the defense time to complete its pretrial investigation and the determination of Mr. Ross' mental health.

9.  Pursuant to 18 U.S.C. §§3161 (h)(1)(A), (h)(8)(B)(I), (h)(8)(B)(iv), this court has the authority to continue trial in this matter. Additionally, it is in the interest of justice and within the discretion of this court to continue the trial based upon the fact that the complex nature of a case necessitates additional time for the defense to prepare.

**FOR THE REASONS ABOVE**, Mr. Ross respectfully requests that this Motion be granted and the trial in this matter be continued from the December 5, 2005, trial docket.

Respectfully submitted,

s/ Kevin L. Butler
KEVIN L. BUTLER
First Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: kevin_butler@fd.org
AZ Bar Code: 014138

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| V. | ) | **CASE NO.: 3:05cr144-A** |
| | ) | |
| **CURTIS LAMAR ROSS** | ) | |

**CERTIFICATE OF SERVICE**

    I hereby certify that on th 22nd day of November 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: A. Clark Morris, Esquire, Assistant United States Attorney, One Court Square, Suite 201, Montgomery, Alabama 36104.

    Respectfully submitted,

    s/ Kevin L. Butler
    KEVIN L. BUTLER
    First Assistant Federal Defender
    201 Monroe Street, Suite 407
    Montgomery, Alabama 36104
    Phone: (334) 834-2099
    Fax: (334) 834-0353
    E-mail: kevin_butler@fd.org
    AZ Bar Code: 014138