IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CR. ACTION NO. 3:05cr144-A |
| | ) | |
| CURTIS LAMAR ROSS, | ) | |

**ORDER**

Upon consideration of Unopposed Motion to Continue Trial (Doc. #19), filed by the Defendant Curtis Lamar Ross, and Ross having filed a Waiver of Speedy Trial, and the United States having no opposition, the court finds, for the reason that additional time is needed for a psychological evaluation to be completed and a competency determination made, that the ends of justice to be served by granting a continuance outweigh the rights of the Defendant and the public to a speedy trial. Therefore, it is hereby ORDERED as follows:

1. The Motion (Doc. #19) is GRANTED.

2. Trial of this case is continued from the term of court commencing December 5, 2005 to the term of court commencing March 20, 2006.

DONE this 22nd day of November, 2005.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE