**COURTROOM DEPUTY MINUTES**               **DATE :**   **FEBRUARY 27, 2006**

**MIDDLE DISTRICT OF ALABAMA**            **DIGITAL RECORDED: 1:04 - 1:08**

---

# PRETRIAL CONFERENCE

**PRESIDING MAG. JUDGE:** <u>CHARLES S. COODY</u>   **DEPUTY CLERK:** <u>WANDA STINSON</u>

**CASE NUMBER:** <u>3:05CR144-WHA-CSC</u>   **DEFENDANT NAME:** <u>CURTIS L. ROSS</u>

## APPEARANCES

| GOVERNMENT | DEFENDANT |
|---|---|
| ATTY.  A. CLARK MORRIS | ATTY. KEVIN L. BUTLER |

---

√  **DISCOVERY STATUS:** Completed.

√  **PENDING MOTION STATUS:**  None.

☐  **PLEA STATUS:**

√  **TRIAL STATUS:**   There are some competency issued, deft has been evaluated, awaiting records from the doctor.  Will be filing a motion to continue trial. Trial will last one day, if case goes to trial.

☐  **REMARKS:**