## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA
## EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CASE NO.: 3:05cr144-A |
| | ) | |
| CURTIS LAMAR ROSS | ) | |

### WAIVER OF SPEEDY TRIAL

The undersigned Defendant, Curtis Lamar Ross, after being first advised of his right to a speedy trial as guaranteed him by the Sixth Amendment of the United States Constitution and the implementation of said right in 18 U.S.C. § 3161, hereby waives his right to a speedy trial as to the March 27, 2006 trial term until the June 26, 2006 trial term.

X  Curtis Ross
_____
CURTIS LAMAR ROSS