IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| vs. ) | CR. NO. 3:05cr144-WHA |
| CURTIS LAMAR ROSS ) | |

**ORDER**

This case is before the court on the Unopposed Motion to Continue Trial (Doc. #26), filed by the Defendant on March 3, 2006. The Defendant has signed a Waiver of Speedy Trial, and the United States does not oppose the motion.

The court finds that, for the reason that additional time is needed to investigate and determine the mental competence of the Defendant, the ends of justice to be served by granting a continuance outweigh the rights of the Defendant and the public to a speedy trial. Accordingly, the motion is GRANTED, and it is hereby

ORDERED that the trial of this case is CONTINUED from the term of court commencing March 27, 2006, to the term commencing June 26, 2006.

DONE this 8th day of March, 2006.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE