IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | 3:05cr144-WHA |
| | ) | |
| CURTIS LAMAR ROSS | ) | |

**UNOPPOSED MOTION FOR MENTAL COMPETENCY EXAMINATION
AND STAY FURTHER PROCEEDINGS PENDING COMPETENCY EVALUATION**

NOW COMES undersigned counsel, Kevin L. Butler, and respectfully requests pursuant to 18 U.S.C. § 4241 for a Court order directing the United States Marshals Service to move Mr. Ross into the custody of a Federal Bureau of Prisons Medical Center for the purpose of a competency examination by one or more qualified psychiatrists. In support of this Motion, the Defendant states:

1. Mr. Ross is charged in this case with being a felon in possession of a firearm.

2. Shortly after undersigned counsel was appointed to represent Mr. Ross, counsel discovered that Mr. Ross may suffer from Paranoid Schizophrenia and may be mentally retarded. However, as Mr. Ross expressed an understanding of the proceeding and at that time was able to assist counsel, it was determined a court ordered mental health evaluation was not necessary.

3. Over the last two (2) weeks, Mr. Cobb has informed undersigned counsel:

   a. He is hearing voices;

   b. He feels he has had a "breakdown";

   c. He is fighting an internal compulsion to hurt himself (and possibly others); and

1

        d.      He, "can't think straight about his case."

4. Additionally, over the last month, undersigned counsel has received approximately 100 documents from the East Alabama Mental Health-Mental Retardation Center chronicling Mr. Ross' history of psychiatric problems. (Exhibit 1 - Small sampling of documents). These materials show a well documented history of mental illness (schizophrenia), mental retardation and suicide attempts.

5. Mr. Cobb has been informed that undersigned counsel would be seeking a court ordered evaluation and that the evaluation would delay resolution of his case. Informed of this, Mr. Cobb still requests the evaluation and does not oppose the necessary delays it may cause. Additionally, initial investigation of Mr. Ross's criminal history indicates that pursuant to 19 U.S.C. § 9245(e), he may be an armed career criminal. Therefore any delay caused by a mental health evaluation will not cause any unnecessary/extended incarceration.

6. As this delay will assist Mr. Ross in his ability to understand the proceedings and assist counsel, as well as assist the Court in evaluating potential culpability issues and potential sentencing issues, pursuant to 18 U.S.C. § 4241 and in the interest of justice, the defense asks the Court to stay further proceedings in this matter and have the Federal Bureau of Prisons conduct a competency examination of Mr. Ross.

7. Counsel for the government, A. Clark Morris Esq., does not oppose this request.

WHEREFORE, pursuant to 18 U.S.C. § 4241, the Defendant prays that his Motion be granted and that the court will designate Mr. Ross to the custody of the Federal Bureau

of Prison for the purpose of a competency evaluation.

    Respectfully submitted,

    s/ Kevin L. Butler
    KEVIN L. BUTLER
    First Assistant Federal Defender
    201 Monroe Street, Suite 407
    Montgomery, Alabama 36104
    Phone: (334) 834-2099
    Fax: (334) 834-0353
    E-mail: kevin_butler@fd.org
    AZ Bar Code: 014138

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| V. | ) | 3:05cr144-WHA |
| | ) | |
| **CURTIS LAMAR ROSS** | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on April 19, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

A. Clark Morris, Esquire
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104

Jesse Seroyer, United States Marshall
One Church Street
Montgomery, Alabama 36104

Respectfully submitted,

s/ Kevin L. Butler
KEVIN L. BUTLER
First Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: kevin_butler@fd.org
AZ Bar Code: 014138