**EAST LABAMA MENTAL HEALTH CENTER**
2506 Lambert Drive • Opelika, AL 36801 • (334) 742-2703

K. ROHINI REDDY, M.D.   ROBERT GUY WHATLEY, CNRP   MEDICAID - 11412
DEA - AR1855723          LIC. # 1-045383              STATE REG. - 10610

For _Austin Ross_

Address _____ Date _7/20/05_

℞ Sinequan 10mg / 1 pm #30
  Seroquel 200mg / 1 HS #30
  Effexor XR 150mg / 1 pm #30
  Seroquel 100mg / ½ HS #30

REPT. UT. DICT.                          _R. Reddy_ M.D.
1  2 (3) 4   TIMES      PRODUCT SELECTION PERMITTED
PRN ( )                                         M.D.
NON-REP ( )              DISPENSE AS WRITTEN

SUICIDAL/HOMICIDAL IDEATION: _yes_  ATTEMPTS: _1_  NO: ____

GIVE DETAILS IF HX OF ATTEMPTS: _____

Attempted to hang himself in jail. Incarcerated a/t failure to pay child support. (10/23/01)

TREATMENT RECOMMENDATION: _____

Medication monitoring, daily structure.

CHECK WHICH APPLIES:

DAY TREATMENT REFERRAL  ✓

RESIDENTIAL PLACEMENT  ____

| Service Type: | Recipient: | Activity Codes: | |
|---|---|---|---|
| ✓ Face-to-Face | ✓ Consumer | 1510 Diagnostic Testing | 1580 Medication Monitoring |
| ___ Phone | ___ Family Member | (1520) Individual Counseling | 1590 Crisis Intervention |
| ___ Intra-Agency Consultation | (Name/Relationship): | 1530 Group Counseling | 1620 Fam/Sup/Ed (IND) |
| ___ Diagnostic Update | ___ Legal Guardian | Group Size = ___ | 1630 Fam/Sup/Ed (GP) |
| ___ Follow-up | ___ Other | 1540 Family Counseling | 1650 MH Consultation |
|  | (Specify): | 1560 Phys/Med Assessment | 1660 In Home Intervention |
|  |  | 1570 Medication Administration | 5411 IOP/Alcohol |
|  |  |  | 5412 IOP/Drug |

## PROGRESS NOTE

Date: 10-19-04    Consumer: Curtis Ross    Case No.: 201845

| Wkr # | STime | CTime | RU | Locat | Activ | Modif | Rating | Consumer Signature |
|---|---|---|---|---|---|---|---|---|
| 2/05 | 45 | 45 | 211 | 102 | 1520 | 7 |  | X Curtis Ross |

**Current Medications:**

**Allergies:**

**Current Assessment of Stability:**
___ Stable
___ Marginally Stable
___ Decompensating
___ Full Syndrome Present
___ Imminent Risk for Inpatient
___ Inpatient Past 6 Months

Current GAF: ____

### Mental Status

| | | | |
|---|---|---|---|
| Appearance: jail attire | Speech: clear | Thought Content: paranoia | Insight/Judgment: poor |
| Behavior: cooperative | Affect/Mood: blunted flat/nervous | Thought Process: | Substance Abuse: crack + cocaine |
| Sleep: disturbed (3 hrs) nightmares | Orientation: | Perception: A/V hall. | Med Compliance: no |
| Appetite: poor | Memory: | Intellect: | Other: |

**Diagnosis:**

Authorized By: ____

**G:** assess for psychosis

**I:** 35 yo AAM - at LC jail for Trafficking, probation violation since July 04. Has a long hx of tx + med non compliance + A/V hallucinations. C/O hearing + seeing his deceased mother, ↑ nervousness agitation, pacing, feels something is all over his body, nightmares, serious drug issue since his teens, explored A+D tx, consistence tx w/ Estrutte following jail release, tx options, review of criminal history + ways to take control of actions/behaviors

**O:** see Dr. Keddy

Staff Signature: Gretchen Brook M.S.    Return Appt.: ____    Return Time: ____

GIO: Goal, Intervention, Outcome    RATING: Progress Toward Goals 1-No, 2-Some, 3-Yes    FORM #2-05 (09/02)