IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIM. NO. 3:05cr144-WHA |
| | ) | |
| CURTIS LAMAR ROSS | ) | |

**ORDER**

The defendant has filed a motion (doc. # 28) requesting that the court order a psychiatric examination of the defendant pursuant to 18 U.S.C. § 4241. The government does not oppose the motion.

It appears to the court that there is reasonable cause to believe that Ross may presently be suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense. Accordingly, it is

ORDERED by this court that the United States Marshal for this district immediately remove the defendant to the custody of the warden of an appropriate institution as may be designated by the Attorney General where the defendant is to be committed for the purpose of being observed and examined for a period of 30 days by one or more qualified psychiatrists or psychologists at the institution, pursuant to the provisions of 18 U.S.C. § 4241. It is further

ORDERED that pursuant to 18 U.S.C. § 4247(b)(c) the examining psychiatrist or psychologists conducting the mental examination of the defendant report as required by

18 U.S.C. § 4247(c) in writing to this court within 30 days from the date of the defendant's arrival at the institution as to their findings, opinions and conclusions whether the defendant is suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceeding against him or to assist properly in his defense.  It is further

ORDERED by this court that the defendant shall be incarcerated and remain at the institution designated by the Attorney General until such time as the evaluation is completed and he is returned to this district.

The clerk of this court is hereby ORDERED to furnish the United States Marshal for this district three certified copies of this order.

Done this 21st day of April, 2006.

       /s/Charles S. Coody
   CHARLES S. COODY
   CHIEF UNITED STATES MAGISTRATE JUDGE