IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| vs. ) | CR. NO. 3:05cr144-WHA |
| CURTIS LAMAR ROSS ) | |

**ORDER**

An order having been entered by the Magistrate Judge granting the Defendant's Motion for a Psychiatric Examination, the court finds that the ends of justice to be served by granting a continuance for completion of such an examination and evaluation, and receiving a report, outweigh the rights of the Defendant and the public to a speedy trial. Therefore, it is hereby

ORDERED that this case is CONTINUED generally, pending the results of the Defendant's psychiatric evaluation.

DONE this 24th day of April, 2006.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE