IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 3:05cr144-WHA |
| | ) | |
| CURTIS LAMAR ROSS | ) | |

**ORDER**

For good cause, it is

ORDERED that a competency hearing pursuant to 18 U.S.C. § 4142(d) be and is hereby set on August 29, 2006, at 9:00 a.m. in Courtroom 4B, Frank M. Johnson, Jr. Federal Building and United States Courthouse, One Church Street, Montgomery, Alabama. The United States Marshal or the person having custody of the defendant shall produce the defendant for the hearing.

Done this 23rd day of August, 2006.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE