**MINUTES
IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA EASTERN DIVISION**

| HON. CHARLES S. COODY, MAG. JUDGE | AT | MONTGOMERY, ALABAMA |
|---|---|---|
| DATE COMMENCED: 8/29/06 | AT | 9:00 A.M. - 9:03 A.M. |
| DATE COMPLETED: 8/29/06 | AT | Digital Recorded |

| UNITED STATES OF AMERICA | * | |
|---|---|---|
| Plaintiff | * | |
| VS. | * | CASE NO.: 3:05CR144-WHA-CSC |
| CURTIS LAMAR ROSS | * | |
| Defendant | * | |

| GOVERNMENT | APPEARANCES: | DEFENDANT |
|---|---|---|
| Atty. A. Clark Morris | * | Atty. Kevin Butler |

**COURT OFFICIALS PRESENT:**

**COURTROOM DEPUTY**: WANDA STINSON          **COURT REPORTER**: JAMES DICKENS

( X) OTHER PROCEEDINGS:  **COMPETENCY HEARING**

# SEE MINUTES ATTACHED

| LOG OF PROCEEDINGS ELECTRONICALLY RECORDED |||
|---|---|---|
| Description | Competency hrg.  - 3:05cr144-WHA ||
| Date | 8/29/2006 **Location** | Courtroom 4B |
| **Time** | **Speaker** | **Note** |
| 9:00:45 AM | Court | Court convenes; parties present as noted; |
| 9:00:49 AM | Atty. Butler | Addresses the court regarding the deft's competency; Discussion as to the mental evaluation report received from BOP; Do contest the altenate conclusions of the BOP; Do not contest the BOP insertion that in order the deft to assist counsel for trial that further evaluation; |
| 9:01:34 AM | Court | Discussion as to contesting ultimate conclusion; |
| 9:01:44 AM | Atty. Bulter | Response as to the BOP diagnoises; Deft is not competent to proceed, he does not fully understand the nature of the proceedings, having problems communicating with counsel; Futher evaluation is appropriate; |
| 9:03:08 AM | Atty. Morris | Response - the government concurs; |
| 9:03:14 AM | Court | The psychiatric report recommends further period for treatment and evaluation; The court recommend that the deft be commited for a period up to 4 months for futher evaluation and treatment; |
| 9:03:50 AM | Court | Court is recessed. |

08/29/06 09:59:14

1/1