IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| vs. ) | CR. NO. 3:05cr144-WHA |
| CURTIS LAMAR ROSS ) | |

**ORDER**

No objection having been filed to the Recommendation of the Magistrate Judge (Doc. #34), entered on August 29, 2006, the court adopts the Recommendation, and it is hereby

ORDERED that the Defendant, Curtis Lamar Ross, is committed to the custody of the Attorney General of the United States for hospitalization and treatment in a suitable facility for a period not to exceed four (4) months for an assessment to determine whether there is a substantial probability that in the foreseeable future the Defendant will attain the capacity to permit the trial to proceed, with an appropriate report to be filed.

DONE this 12th day of September, 2006.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE