IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| V. | ) | 3:05cr144-WHA |
| | ) | |
| **CURTIS LAMAR ROSS** | ) | |

**MOTION FOR STATUS CONFERENCE**

COMES NOW the Defendant, Curtis Lamar Ross, by and through undersigned counsel, Kevin L. Butler, respectfully requests this matter be set for a status conference at the earliest convenience of the Court. Mr. Ross was recently returned to the Middle District of Alabama after an evaluation at a Bureau of Prisons psychiatric facility. It is undersigned counsel's position that Mr. Ross is incompetent to proceed to trial. A status conference is requested so as to seek the court's guidance.

WHEREFORE, the Defendant prays that his case be set for a status conference.

Dated this 9th day of May, 2007.

Respectfully submitted,

s/ Kevin L. Butler
KEVIN L. BUTLER
First Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: kevin_butler@fd.org
AZ Bar Code: 014138

1

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| V. | ) | 3:05cr144-WHA |
| | ) | |
| **CURTIS LAMAR ROSS** | ) | |

**CERTIFICATE OF SERVICE**

    I hereby certify that on May 9, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

A. Clark Morris, Esquire
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104

    Respectfully submitted,

    s/ Kevin L. Butler
    KEVIN L. BUTLER
    First Assistant Federal Defender
    201 Monroe Street, Suite 407
    Montgomery, Alabama 36104
    Phone: (334) 834-2099
    Fax: (334) 834-0353
    E-mail: kevin_butler@fd.org
    AZ Bar Code: 014138