IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

UNITED STATES OF AMERICA                    )

vs.                                         )    CR. NO. 3:05cr144-WHA

CURTIS LAMAR ROSS                           )

## **ORDER**

Upon consideration of the Motion for Status Conference (Doc. #37), the motion is

GRANTED, and it is hereby

ORDERED that this case is set for a status conference with counsel on Tuesday, May 15,

2007, at 9:00 a.m.  The status conference will be held **in chambers**, and it will not be necessary

for the Defendant to be present.

DONE this 9th day of May, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE