IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **V.** ) | 3:05cr144-WHA |
| ) | |
| **CURTIS LAMAR ROSS** ) | |

**UNOPPOSED MOTION FOR MENTAL COMPETENCY EXAMINATION**

NOW COMES undersigned counsel, Kevin L. Butler, and respectfully moves, pursuant to 18 U.S.C. § 4241(a), for a Court Order directing the United States Marshals Service transfer Mr. Ross into the custody of a Federal Bureau of Prisons for the purpose of a competency examination by one or more qualified psychiatrists. This motion is based upon undersigned counsel's reasonable belief that Mr. Ross may presently be suffering from a mental disease or defect rendering him mentally incompetent. In support of this Motion, undersigned counsel states:

1. Mr. Ross is charged in a one count indictment with being a felon in possession of a firearm.

2. On or about September 25, and October 1, 2007, undersigned counsel met with Mr. Ross to discuss his case.[1] During these meetings, Mr. Ross: (1) was extremely agitated, distrustful of undersigned counsel and unable to concentrate on the matters being discussed, (2) informed undersigned counsel that he was hearing voices that were telling him to hurt himself and/or others, and (3) informed undersigned counsel that he did not feel his current medication was working.

3. As Mr. Ross' current behavior and his history of psychiatric problems indicate he

---

[1] The October 1, 2007, meeting was by phone call.

1

may not be able to understand the nature of the proceedings and his present behavior is demonstrating a limited ability to assist counsel, it is in the interest of justice to stay further proceedings in this matter and have the Federal Bureau of Prisons conduct a competency examination of Mr. Ross.

4. Counsel for the government, Clark Morris, does not oppose this request and affirmatively requests a mental health evaluation.

5. Because, "he feels something is not right with me", Mr. Ross also wishes to be transferred for a competency examination.

6. A psychiatric examination will also assist the Court in evaluating potential culpability issues and potential sentencing issues.

WHEREFORE, the Defendant prays that his Motion be granted and that the Court designate Mr. Ross to the custody of the Federal Bureau of Prison for the purpose of a competency evaluation.

Respectfully submitted,

s/ Kevin L. Butler
KEVIN L. BUTLER
First Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: kevin_butler@fd.org
AZ Bar Code: 014138

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| V. | ) | 3:05cr144-WHA |
| | ) | |
| **CURTIS LAMAR ROSS** | ) | |

**CERTIFICATE OF SERVICE**

    I hereby certify that on October 1, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

A. Clark Morris, Esquire
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104

        Respectfully submitted,


        s/ Kevin L. Butler
        KEVIN L. BUTLER
        First Assistant Federal Defender
        201 Monroe Street, Suite 407
        Montgomery, Alabama 36104
        Phone: (334) 834-2099
        Fax: (334) 834-0353
        E-mail: kevin_butler@fd.org
        AZ Bar Code: 014138