IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 1:05cr144-WHA |
| | ) | |
| CURTIS LAMAR ROSS | ) | |

**<u>ORDER</u>**

Previously, the court ordered that the defendant be evaluated pursuant to the provisions of 18 U.S.C. §§ 4241 and 4242. After a hearing at which the defendant was found to be in need of a period of restorative and psychiatric treatment, the defendant was committed to the custody of federal officials for treatment. (doc. # 34) Following that period of treatment, the defendant filed a motion requesting that he again be evaluated. (doc. # 40). However, upon consideration of the psychological evaluation of the defendant, (doc. # 39), it appears to the court that the proper course of action is to consider whether further treatment of the defendant is necessary. Accordingly, it is

ORDERED that pursuant to 18 U.S.C. §§ 4241(d)(2), a hearing to determine the defendant's competency and the need for further treatment for a reasonable period of time be and is hereby set on October 18, at 10:00 a.m. in Courtroom 4B, United States Courthouse Complex, One Church Street, Montgomery, Alabama. The United States Marshal shall produce the defendant for this hearing.

Done this 11th day of October, 2007.

    /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE