IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| V. | ) | 3:05cr144-WHA |
| | ) | |
| **CURTIS LAMAR ROSS** | ) | |

**UNOPPOSED MOTION TO CONTINUE
COMPETENCY EXAMINATION**

NOW COMES undersigned counsel, Kevin L. Butler, and respectfully moves to continue the mental competency hearing scheduled for October 18, 2007, at 10:00 a.m., before the Honorable Charles S. Coody. In support of this Motion, undersigned counsel states:

1.  Undersigned counsel is expecting his first child today. After the birth of the child, undersigned counsel is scheduled to take two weeks paternity leave.

2.  As such, undersigned counsel would respectfully request that the competency hearing be continued for three (3) weeks.

3.  Counsel for the government, Matt Shephard, does not oppose this requested continuance.

WHEREFORE, the Defendant prays that his Motion be granted and that the competency hearing be rescheduled for three (3) weeks.

Respectfully submitted,

s/ Kevin L. Butler
KEVIN L. BUTLER
First Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: kevin_butler@fd.org
AZ Bar Code: 014138

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| V. | ) | 3:05cr144-WHA |
| | ) | |
| **CURTIS LAMAR ROSS** | ) | |

**CERTIFICATE OF SERVICE**

    I hereby certify that on October 17, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Matt Shephard, Esquire
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104

                      Respectfully submitted,

                      s/ Kevin L. Butler
                      KEVIN L. BUTLER
                      First Assistant Federal Defender
                      201 Monroe Street, Suite 407
                      Montgomery, Alabama 36104
                      Phone: (334) 834-2099
                      Fax: (334) 834-0353
                      E-mail: kevin_butler@fd.org
                      AZ Bar Code: 014138