IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CR. NO.: 3:05-CR-144-WHA |
| | ) | |
| CURTIS LAMAR ROSS | ) | |
| | ) | |

**ORDER**

Upon consideration of the *Motion to Continue Competency Hearing* (doc. #43) filed by the defendant, it is

**ORDERED** that the motion be and is hereby **GRANTED** and that the competency hearing now set for **October 18, 2007** be and is hereby **CONTINUED** to **November 16, 2007** at **11:00 a.m.** in Courtroom 4B, United States Courthouse Complex, One Church Street, Montgomery, Alabama.  The United States Marshal or the person having custody of the defendant shall produce the defendant for the hearing.

Done this 17th day of October, 2007.

                                                /s/Charles S. Coody
                                              CHARLES S. COODY
                                              CHIEF UNITED STATES MAGISTRATE JUDGE