## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA
## EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v** | ) | **CR. NO. 3:05-CR-144-WHA** |
| | ) | |
| **CURTIS LAMAR ROSS** | ) | |

## ORDER

Upon consideration of the *Motion to Substitute Attorney,* (doc. #44) filed by the

United States, it is

**ORDERED** that the motion be and is hereby **GRANTED**.

Done this 18th day of October, 2007.


        /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE