IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

UNITED STATES OF AMERICA     )
                               )
         v.                )     CR. NO.  3:05-CR-144-WHA
                               )
CURTIS LAMAR ROSS          )

<u>LIMITED MOTION TO UNSEAL RECOMMENDATION AND ORDER OF THE
MAGISTRATE JUDGE</u>

Comes now the United States of America, by and through Leura G. Canary, United States
Attorney for the Middle District of Alabama, and respectfully moves this Court to permit the United
States to provide a copy of the Recommendation and Order of the Magistrate Judge issued on
November 16, 2007, (Document #48), to the Atlanta Regional General Counsel's Office for the
Bureau of Prisons.  In support of this motion the United States avers the following:

1. On November 16, 2007, the Court filed its Recommendation and Order of the Magistrate
Judge after conducting a competency hearing pursuant to the provisions of 18 U.S.C. §4241 and
§4247(d).  In its recommendation, the Magistrate Judge found that the defendant presently lacked
competence to stand trial and recommended that the defendant be committed to the custody of the
Attorney General for hospitalization and treatment in a suitable facility for a period not to exceed
four months for an assessment to determine whether there is a substantial probability that in the
foreseeable future the defendant will attain the capacity to permit the trial to proceed.

2.  The Court ordered its Recommendation and Order of the Magistrate Judge sealed.

3.  On December 5, 2007, the Court adopted the Recommendation and Order of the
Magistrate Judge.

4.  On December 11, 2007, the undersigned Assistant United States Attorney was contacted

by the Atlanta Regional General Counsel's Office for the Bureau of Prisons which requested a copy

of the Recommendation and Order of the Magistrate Judge issued on November 16, 2007, to assist

with placement of the defendant in a suitable facility.

    5.  Because the Recommendation and Order of the Magistrate Judge is sealed, the United

States cannot provide a copy to the Bureau of Prisons without the permission of the Court.

    6.  On December 11, 2007, the undersigned contacted Kevin Butler, Esq., counsel for the

defendant, who indicated that he did not oppose this motion.

    WHEREFORE, the United States respectfully requests that the Court permit the United

States to provide a copy of the Recommendation and Order of the Magistrate Judge (Document #48)

issued on November 16, 2007, to the Atlanta Regional General Counsel's Office of the Bureau of

Prisons, and that this motion be GRANTED.

    Respectfully submitted this the 11th day of December, 2007.


                LEURA G. CANARY
                UNITED STATES ATTORNEY

                /s/ Matthew W. Shepherd
                MATTHEW W. SHEPHERD
                Assistant United States Attorney
                Post Office Box 197
                Montgomery, Alabama 36101-0197
                334-223-7280
                334-223-7135 Fax
                matthew.shepherd@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

UNITED STATES OF AMERICA      )
                                     )
         v.                  )      CR. NO. 3:05-CR-144-WHA
                                     )
CURTIS LAMAR ROSS            )

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 11th, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Kevin Butler, attorney for the defendant.

Respectfully submitted,

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/ Matthew W. Shepherd
MATTHEW W. SHEPHERD
Assistant United States Attorney
Post Office Box 197
Montgomery, Alabama 36101-0197
334-223-7280
334-223-7135 Fax
matthew.shepherd@usdoj.gov