IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| vs. ) | CR. NO. 3:05cr144-WHA |
| CURTIS LAMAR ROSS ) | |

**ORDER**

Upon consideration of the Limited Motion to Unseal Recommendation and Order of the Magistrate Judge (Doc. #50), filed by the United States on December 11, 2007, and the Defendant not opposing the motion, for good cause shown, it is hereby

ORDERED that the motion is GRANTED, and the United States is allowed to provide a copy of the Recommendation and Order of the Magistrate Judge (Doc. #48) issued on November 16, 2007, to the Atlanta Regional General Counsel's Office of the Bureau of Prisons.

DONE this 12th day of December, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE