IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 3:05cr144-WHA |
| | ) | |
| CUTIS LAMAR ROSS | ) | |

**ORDER**

For good cause, it is

ORDERED that a status conference be and is hereby set on June 17, 2006, at 3:00 p.m. by telephone conference call. The United State shall set up the conference call.

Done this 13th day of June, 2008.

/s/Charles S. Coody
CHARLES S. COODY
UNITED STATES MAGISTRATE JUDGE