IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| vs. ) | CR. NO. 3:05cr144-WHA |
| CURTIS LAMAR ROSS ) | |

## **ORDER**

Following a competency hearing held in this case on this day, after considering all medical reports in the file and the testimony of witnesses, it is the finding of the court that the Defendant, Curtis Ross, is mentally competent to the extent that he is able to understand the nature and consequences of the proceedings against him and to assist properly in his defense, and, therefore, that the Defendant, Curtis Ross, is competent to stand trial.

Having found that the Defendant is competent to stand trial, it is hereby

ORDERED that the trial of this case is set for the term of court commencing in Opelika, Alabama, on September 15, 2008.

DONE this 6th day of August, 2008.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE