### IN THE UNITED STATES DISTRICT COURT FOR THE
### MIDDLE DISTRICT OF ALABAMA
### EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| V. ) | **CASE NO.: 3:05cr144-A** |
| ) | |
| **CURTIS LAMAR ROSS** ) | |

### JOINT MOTION TO CONTINUE TRIAL

**NOW COMES** the Defendant, **CURTIS LAMAR ROSS,** by and through undersigned counsel, Michael J. Petersen, and pursuant to 18 U.S.C. §§3161(h)(1)(I), (h)(8)(B)(i), and (h)(8)(B)(ii), respectfully moves this Court to continue the trial of this matter currently set for September 15, 2008.

In support of this motion, the Defendant would show that such continuance will serve the ends of justice, and will permit the parties to conduct the negotiation of a pre-trial resolution of this case, based on the following circumstances:

1. Undersigned counsel has conferred with counsel for the Government, Assistant United States Attorney, Matthew Shepherd who joins in this Motion to Continue Trial.

2. On August 6, 2008, this Court found Mr. Ross competent to stand trial. At the hearing on Mr. Ross' competency, evidence was presented that Mr. Ross was not at that time receiving the medications prescribed at the United States Medical Facility for Federal Prisoners at Springfield, Missouri. Since that date, Mr. Ross has once again been receiving those medications.

3. Undersigned counsel and counsel for the Government are actively negotiating a pre-trial resolution of this matter but will not be able to complete said negotiations prior to the date by which Notice of Intent to Change Plea must be filed in this matter pursuant to Rule 11(c)(1)(C),

Federal Rules of Criminal Procedure for the September 15, 2008 trial term.

4.  Requests for a continuance of trial are addressed to the sound discretion of the trial court. *United States v. Darby*, 744 F.2d 1508, 1521 (11th Cir. 1984), *reh. denied* 749 F.2d 733, *cert. denied* 471 U.S. 1100 (1985). Additionally, pursuant to 18 U.S.C. §§ 3161 (h)(1)(I); (h)(8)(B)(I); and 3161(h)(8)(B)(ii), it is in the interest of justice and within the discretion of the trial court to continue trial of this matter when the complex nature of a case necessitates granting the parties additional time to prepare the negotiated plea agreement to be considered by the court.

**WHEREFORE**, for the foregoing reasons, Mr. Ross and the Government respectfully requests that this case be continued past the presently scheduled trial term of September 15, 2008.

Dated this 22nd day of August, 2008.

Respectfully submitted,

s/ Michael J. Petersen
MICHAEL J. PETERSEN
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: michael_petersen@fd.org
ASB-5072-E48M

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No.: 2:08-cr-7-WKW |
| | ) | |
| ANTHONY TOLLIVER | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on August 22, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Matthew W. Shepherd, Esq., Assistant U. S. Attorney.

Respectfully submitted,

s/ Michael J. Petersen
**MICHAEL J. PETERSEN**
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: michael_petersen@fd.org
ASB-5072-E48M