IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| vs. | ) | CR. NO. 3:05cr144-WHA |
| CURTIS LAMAR ROSS | ) | |

**ORDER**

This case is before the court on the Joint Motion to Continue Trial (Doc. #61), filed on August 22, 2008.

For the reason that the Defendant and the United States are negotiating a pretrial resolution, but will not be able to complete the negotiations prior to the current September trial date, the court finds that the ends of justice to be served by granting the requested continuance outweigh the rights of the Defendant and the public to a speedy trial. Therefore, the motion is GRANTED, and it is hereby

ORDERED that trial of the Defendant is CONTINUED from the term of court commencing September 15, 2008, to the term of court commencing November 17, 2008, in Opelika, Alabama.

DONE this 25th day of August, 2008.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE