IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CR NO.  3:05-CR-144-WHA |
| | ) | |
| CURTIS LAMAR ROSS | ) | |
| | ) | |

**ORDER**

Based upon this court's order setting the trial in the above-case on the November 17, 2008 trial term, and for good cause, it is

**ORDERED** that a final pretrial conference be and is hereby **set** for **September 29, 2008 at 1:00 p.m. in courtroom 4B**, United States Courthouse Complex, One Church Street, Montgomery, Alabama.

That all applicable deadlines contained in the prior arraignment order are adjusted accordingly, provided, however that the deadline for the filing of pretrial, dispositive motions is not extended.

Done this 27th day of August, 2008.

                                          /s/Charles S. Coody
                                        CHARLES S. COODY
                                        UNITED STATES MAGISTRATE JUDGE